**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
   Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL JONES, a natural person and resident of Nevada,<br><br>                    Plaintiff,<br><br>     vs.<br><br>NYE COUNTY, by and through the Nye County Commissioners, ANDREW "BUTCH" BORASKY, DAN SCHINHOFEN, LORINDA WICHMAN, GARY HOLLIS, JONI EASTERLY, personally and in their official capacity; Nye County Sherriff TONY L. DEMEO, personally and in his official capacity as Nye County Sherriff; MARK MURPHY, personally and his official capacity as a Nye County Deputy Sheriff; CRYSTAL BARAJAS, personally and in her capacity as a Nye County Deputy Sherriff; Does 1-10; and Roes 11-20, inclusive,<br><br>                    Defendants. | Case No.:   2:14-cv-01354-JCM-PAL |

## NOTICE OF DISASSOCIATION OF COUNSEL AND REMOVAL FROM CM/ECF

NOTICE IS HEREBY GIVEN that this Notice of Disassociation is being submitted to inform the Court, parties and counsel that Brianna Smith, Esq., is no longer associated with the law firm of Marquis Aurbach Coffing, and further, that the email addresses of bsmith@maclaw.com and jrodionova@maclaw.com be removed from the CM/ECF E-filing list.

/ / /

/ / /

Accordingly, the undersigned respectfully requests that the Clerk remove Ms. Smith's name as counsel for Defendants.

Dated this 18th day of February, 2015.

MARQUIS AURBACH COFFING

By    s/Craig R. Anderson
     Craig R. Anderson, Esq.
     Nevada Bar No. 6882
     10001 Park Run Drive
     Las Vegas, Nevada 89145
     Attorneys for Defendants

IT IS SO ORDERED this 18th day of February, 2015.

_____
Peggy A. Leen
United States Magistrate Judge