**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brianna Smith, Esq.
Nevada Bar No. 11795
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
bsmith@maclaw.com
   Attorneys for Defendants Nye County
   Deputy Sheriff Mark Murphy and Nye
   County Deputy Sheriff Crystal Barajas

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL JONES, a natural person and resident of Nevada, | |
| Plaintiff, | Case No.: 2:14-cv-01354-JCM-PAL |
| vs. | **AMENDED JUDGMENT** |
| NYE COUNTY, by and through the Nye County Commissioners; ANDREW "BUTCH" BORASKY; DAN SCHINHOFEN; LORINDA WICHMAN; GARY HOLLIS; JONI EASTERLY, personally and in their official capacity; Nye County Sheriff, TONY L. DEMEO, personally and in his official capacity as Nye County Sheriff; MARK MURPHY, personally and in his official capacity as a Nye County Deputy Sheriff; CRYSTAL BARAJAS, personally and in her capacity as a Nye County Deputy Sheriff; Does 1-10; and Does 11-20, inclusive, | |
| Defendants. | |

    On March 30, 2016, Judgment [ECF No. 61] was entered in favor of Defendants Nye County Deputy Sheriff Mark Murphy ("Deputy Murphy"), and Nye County Deputy Sheriff Crystal Barajas ("Deputy Barajas") (collectively "Defendants"), and against Plaintiff Samuel Jones. On March 5, 2016, the Court awarded Defendants their cost in the amount of $11,319.43 [ECF No. 63]. On December 27, 2016, the Court awarded Defendants their attorney's fees in the amount of $19,956.00 [ECF No. 64]. In accordance for the foregoing, Judgment is hereby amended as follows:

MAC:11779-079 2973301_1 12/29/2016 9:35 AM

It is hereby ORDERED, ADJUDGED AND DECREED that the judgment is amended and is hereby entered in favor of Defendants, as follows:

1. $31,275.43, with interest to accrue from the date of this judgment forward as afforded by law.

DATED January 4, 2017.

_____
UNITED STATES DISTRICT JUDGE

MARQUIS AURBACH COFFING

By: /s/ Brianna Smith
　　Craig R. Anderson, Esq.
　　Nevada Bar No. 6882
　　Brianna Smith, Esq.
　　Nevada Bar No. 11795
　　10001 Park Run Drive
　　Las Vegas, Nevada 89145
　　Attorneys for Defendants Nye County
　　Deputy Sheriff Mark Murphy and Nye
　　County Deputy Sheriff Crystal Barajas